| 307P15-2 | The Kimberley Rice Kaestner 1992 Family Trust v. North Carolina Department of Revenue | 1. State's Motion for Temporary Stay (COA15-896)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **07/25/2016**<br><br>2. |
|---|---|---|---|
| 308A15 | State v. Zachary David Thomsen | Def's Motion to Amend Brief | Allowed |
| 326P15-2 | Burl Anderson Howell v. N.C. Wayne County Department of Health and Human Services, by and through Reese Phelps; Lou Jones | 1. Petitioner's *Pro Se* Petition for *Writ of Mandamus* (COAP16-339)<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Petitioner's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied **06/29/2016**<br><br>2. Allowed **06/29/2016**<br><br>3. Denied **06/29/2016** |
| 339P15 | State v. Terry Lyn Pegram | Def's PDR Under N.C.G.S. § 7A-31 (COA14-921) | Denied |
| 368P12-4 | Sherif A. Philips, M.D. v. Pitt County Memorial Hospital, Incorporated; Paul Bolin, M.D.; Ralph Whatley, M.D.; Sanjay Patel, M.D.; and Cynthia Brown, M.D. | 1. Plt's *Pro Se* Motion for Petition for Reconsideration of Recusal Honorable Judge Richard L. Doughton<br><br>2. Plt's *Pro Se* Motion to Stay Execution of Judgment | 1. Denied **07/22/2016**<br><br>2. Denied **07/22/2016** |
| 379P10-5 | State v. Ralph Franklin Fredrick | 1. Def's *Pro Se* Motion for Notice of Appeal<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Rutherford County | 1. Dismissed<br><br>2. Dismissed |
| 382P15-2 | State v. Richard Jackson Hall | Def's *Pro Se* Motion for Petition for Rehearing of Denial of Petition for *Writ of Certiorari* | Denied |
| 407P15-2 | State v. Larry Ricardo Tart | Def's *Pro Se* Motion for Certificate of Appealability | Dismissed |
| 409PA15 | Gregory P. Nies and Diane S. Nies v. Town of Emerald Isle, a North Carolina Municipality | *Amici Curiae's* Motion to Withdraw and Substitute North Carolina Counsel | Allowed **06/22/2016** |